Argued and submitted December 18, 1984, affirmed May 29, reconsideration denied August 1, petition for review allowed September 9, 1986 (301 Or 765)

## STATE OF OREGON,
*Appellant,*

*v.*

## JAMES FREDERICK EARING, JR.,
*Respondent.*

(DA 268836-8312; CA A32168)

719 P2d 517

Brenda J. Peterson, Assistant Attorney General, Salem, argued the cause for appellant. With her on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Timothy Grabe, Portland, argued the cause and filed the brief for respondent.

Before Gillette, Presiding Judge, Pro Tempore, and Van Hoomissen and Rossman, Judges.

PER CURIAM

Affirmed. *State v. Ray,* 79 Or App 529, 719 P2d 922 (1986).

Van Hoomissen, J., dissenting.

**VAN HOOMISSEN, J.,** dissenting.

I respectfully dissent for the reasons stated in my dissenting opinion in *State v. Henry,* 78 Or App 392, 717 P2d 189 (1986). It is improper for this court to declare ORS 166.065(1)(e) unconstitutional on vagueness grounds without first considering defendant's appeal under Article I, section 8, of the Oregon Constitution. *See State v. Robertson,* 293 Or 402, 414, 649 P2d 569 (1982).